# KERNAN PROFESSIONAL GROUP, LLP
*26 Broadway, 19th Floor*
*New York, New York 10004*
*Telephone: (212)697-9084*
*Fax: (212) 656-1213*
*Email:jkernan@kernanllp.com*

Galaxy General Contracting Corp
3152 Albany Crescent
Bronx, NY 10463-5601;

June 1, 2021

Re: *Case Nos. EDNY 1:21-cv-02194*

Dear Sir/Madam:

I am writing to you regarding the Waiver of Service of Process I sent to you in the above captioned Case. Please be advised that Case 1:21-cv-02194 has been dismissed.

This case was based upon a demonstration in the summer of 2020 of an Alternative Employment Practice. The demonstration made by Plaintiff Percy Jobs and Careers Corporation, an IRC 501(c)(3) non-profit, may not have reached you because of business interruptions in 2020.

If you would be kind enough to confirm receipt of this letter by emailing to me at jkernan@kernanllp.com, I will respond with documentation confirming dismissal. I will stand by to receive an email from you.

Thank you.

Sincerely,

James M. Kernan

JMK/sm